WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendant,*
*Carrington Mortgage Services*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA L. HERNANDEZ<br><br>                Plaintiff,<br><br>        vs.<br><br>CARRINGTON MORTGAGE SERVICES,<br>LLC<br><br>                Defendants. | Case No.:  2:15-cv-01331-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND**<br>**TIME TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

        Plaintiff Angela L. Hernandez ("Plaintiff"), and Defendant Carrington Mortgage Services, LLC ("Defendant"), by and through their undersigned counsel, and pursuant to Local Rules 6-1 and 7-1, stipulate and agree to extend the time for Defendant to Answer Plaintiff's Complaint for thirty (30) days while the parties engage in settlement discussions.

        IT IS HEREBY STIPULATED AND AGREED that that Defendant shall have an extension of time up to and including October 12, 2015 to file a response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1    This stipulation is not made for purposes of delay.

2

3    DATED this 8th of September, 2015          DATED this 8th of  September, 2015

4

5    **MITCHELL D. GLINER, ESQ.**               **WRIGHT FINDLAY & ZAK, LLP**

6

7    */s/ Mitchell D. Gliner*                        */s/ Victoria L. Hightower*
     Mitchell D. Gliner, Esq.                       Victoria L. Hightower, Esq.
8    Nevada Bar #003419                             Nevada Bar #10897
     3017 W. Charleston Blvd., #95                  7787 W. Sahara Ave. Ste.200
9    Las Vegas, NV 89102                            Las Vegas, NV 89117
     *Attorney for Plaintiff*                        *Attorney for Defendant*
10   *Robert S. Corns*                               *Residential Credit Solutions, Inc.*

11

12

13

14                          IT IS SO ORDERED.

15                          _____

16                          Gloria M. Navarro, Chief Judge
                            United States District Court
17
                                   September 8, 2015
18                          Date:_____

19

20

21

22

23

24

25

26

27

28