UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGELA HERNANDEZ, | Case No. 2:15-cv-01331-GMN-PAL |
| Plaintiff, | ORDER |
| v. | (Mot File Supp Complt – Dkt. #26) |
| CARRINGTON MORTGAGE SERVICES, LLC, | |
| Defendant. | |

Before the court is Plaintiff's Motion to File Supplemental Complaint (Dkt. #26) filed December 21, 2016.  No opposition has been filed and the time for filing an opposition has expired.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to File Supplemental Complaint (Dkt. #26) is **GRANTED**, and Plaintiff shall forthwith separately file the Supplemental Complaint, which is attached as Exhibit "1" to the motion.

DATED this 5th day of February, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE